# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D21-2012
5D21-2937
LT Case No. 05-2018-GA-057142
05-2018-GA-057141

———————————————————

GARY HOUSMAN,

    Appellant,

    v.

PEGGY HOUSMAN, GUARDIAN
OF THE PERSON AND CO-
GUARDIAN OF THE PROPERTY
OF THE WARD, HIROKO
HOUSMAN AND MARK
HOUSMAN, CO-GUARDIAN OF
THE PROPERTY OF THE WARD,
HIROKO HOUSMAN,

    Appellees.

———————————————————

On appeal from the Circuit Court for Brevard County.
Lisa Davidson, Judge.

Roberta G. Mandel, of Mandel Law Group, P.A., Miami, for
Appellant.

Elizabeth Siano Harris, of Harris Appellate Law Office, Mims, for
Appellees.

August 15, 2023

PER CURIAM.

AFFIRMED.

MAKAR, BOATWRIGHT, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____